[No. 634.  Decided March 5, 1890.]

CHARLES W. TAYLOR v. O. OSBORN, WALKER MAYFIELD
AND JAMES LEWALLEN.

APPEAL — STATEMENT OF FACTS — PRACTICE.

Where two days' notice was given appellees of the settlement of
a statement of facts, and the statement was settled *ex parte*, it will
not be considered by the supreme court on appeal, as the appeal act of
1883 requires that ten days' notice be given.

*Appeal from District Court, Walla Walla County.*

*A. E. Isham,* for appellant.

*D. J. Crowley,* for appellees.

The opinion of the court was delivered by

SCOTT, J. — This appeal was taken under the act of 1883,
and it appears that the statement of facts was settled with-
out the notice to appellees required by section three of said
act.   Appellees were notified December 3, 1888, that ap-
pellant would apply on December 5, 1888, to have the
statement of facts settled.   The statute requires a ten days'
notice.   The statement was settled *ex parte*, no one having
appeared for appellees.   Objection is made in their brief
to the consideration of the matters contained in the state-
ment, for want of such notice, which objection we sustain.

There being nothing in the record upon which error can
be based, the judgment of the court below is affirmed.

DUNBAR, STILES and HOYT, JJ., concur.

ANDERS, C. J., not sitting.